FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2011 APR 12 AM 10: 44
CLERK 
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ROOSEVELT J. LOUICE BURGESS, III, | ) ) ) |
| Movant, | ) ) |
| v. | ) Case No. CV411-076 |
| | ) CR493-205 |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 11th day of April, 2011.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA